**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:21-CR-00177** |
| | § | |
| **ERICK MANUEL OCHOA VILLAGRAN** | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR DOWNWRD DEPARTURE/VARIANCE**

ON THIS DATE, came to be heard Defendant's Motion for Downward Departure/Variance and the same is Hereby GRANTED.

Defendant, ERICK MANUEL OCHA VILLAGRAN, is hereby sentenced to 210 months in the Federal Bureau of Prisons pending a Rule 35 Motion by the Government.